

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COREY LAMOND HILL, | § | No. 08-19-00013-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 371st District Court |
| THE STATE OF TEXAS, | § | |
| | | of Tarrant County, Texas |
| Appellee. | § | |
| | | (TC# 1546785D) |
| | § | |

## MEMORANDUM OPINION

With no punishment recommendation from the State, Appellant openly pleaded guilty to third-degree-felony family-violence assault with a prior conviction and pleaded true to the repeat-offender enhancement, subjecting him to second-degree felony punishment for his offense. *See* TEX. PENAL CODE ANN. § 22.01(a)(1), (b)(2)(A) (defining the third-degree-felony offense of family-violence assault with a prior conviction); *see also* TEX. PENAL CODE ANN. §§ 12.42(a) (providing for second-degree-felony punishment on a felony of the third degree if it is shown at trial that the defendant has previously been finally convicted of a felony other than a state jail felony); 12.33(a), (b) (providing a second-degree-felony punishment range of any term not more than 20 years or less than 2 years and a fine not to exceed $10,000). After a sentencing hearing at

which Appellant testified and at which his pre-sentence investigation report was admitted, the trial court found Appellant guilty, found the enhancement allegation to be true, and sentenced Appellant to 10-years' confinement. We affirm.[1]

## FRIVOLOUS APPEAL

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See In re Schulman*, 252 S.W.3d 403, 406 n.9 (Tex. Crim. App. 2008) ("In Texas, an *Anders* brief need not specifically advance 'arguable' points of error if counsel finds none, but it must provide record references to the facts and procedural history and set out pertinent legal authorities."); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Counsel has notified the Court in writing that he has delivered a copy of counsel's brief and the motion to withdraw to Appellant, and he has advised Appellant of his right to review the record, file a *pro se* brief, and to seek discretionary review. *Kelly v. State*, 436 S.W.3d 313, 318-20 (Tex. Crim. App. 2014) (setting forth duties of counsel). Counsel also provided Appellant with a motion for *pro se* access to the appellate record. Appellant has not filed a *pro se* brief.

After carefully reviewing the record and counsel's brief, we conclude that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. We grant appellate counsel's motion to withdraw in accordance with *Anders v. California*, and we affirm the trial court's judgment.

---

[1] We hear this case on transfer from the Second Court of Appeals in Fort Worth. *See* TEX. R. APP. P. 41.3.

GINA M. PALAFOX, Justice

August 19, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)